UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Khalil K. Elahi, Sr.,                                    Civil No. 05-2236 (RHK/RLE)

                        Plaintiff,

            vs.                                          **ORDER**

David Rydeen and D. Quest,

                        Defendants.

_____

        Based upon the Report and Recommendation of United States Magistrate Judge Raymond L.

Erickson, and after an independent review of the files, records and proceedings in the above-entitled

matter, it is **ORDERED**:

        1.  The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

        2.  Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**; and

        3.  This action is summarily **DISMISSED**, but without prejudice, pursuant to Title 28 U.S.C. §

1915(e)(2)(B)(ii).

Dated:  November 14, 2005

                                            s/Richard H. Kyle_____
                                            RICHARD H. KYLE
                                            United States District Judge